Carolyn Goldman
**Goldman PLLC**
Gainey Ranch Financial Center
7373 E. Doubletree Ranch Road
Suite 200
Scottsdale, AZ 85258
Tel: (602) 315 6526
Email: cgoldman@goldmanpllclaw.com

Attorneys for Defendant Parkside Lending, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Stacey and Steven Yontez., <br><br> Plaintiffs, <br><br> vs. <br><br> Parkside Lending, LLC; Equifax Information Services, LLC; Transunion, LLC; And Experian Information Solutions, Inc., <br><br> Defendants. | Case No.: 2:19-cv-05345-NVW <br><br><br> DEFENDANT PARKSIDE LENDING, LLC'S ANSWER TO PLAINTIFFS' COMPLAINT |

COMES NOW, defendant Parkside Lending, LLC ("Parkside") and in answer to plaintiffs' complaint responds as follows:

1. In response to paragraph 1, this answering defendant admits that Count 1 of the complaint is purportedly based on the Fair Credit Reporting Act {"FRCA").

2. In response to paragraph 2, this answering defendant admits that Count 2 of the complaint is purportedly based on the Fair Credit Reporting Act {"FRCA").

3. In response to paragraph 3, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

4. In response to paragraph 4, this answering defendant admits that it is a mortgage loan originator, its principal place of business is 180 Redwood St., Ste 250, San Francisco, CA 94102 and can be served at Business Filings Incorporated, 3800 N. Central Ave, Suite 460,

Phoenix, AZ 85012 and does not have sufficient information or belief to enable it to admit or deny the remaining allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

5. In response to paragraph 5, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

6. In response to paragraph 6, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

7. In response to paragraph 7, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

8. In response to paragraph 8, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

9. In response to paragraph 9, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

10. In response to paragraph 10, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

11. In response to paragraph 11 this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

12. In response to paragraph 12, this answering defendant admits that it is authorized to do business within the State of Arizona and does not have sufficient information or belief to enable it to admit or deny the remaining allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

13. In response to paragraph 13, this answering defendant admits the allegations in the paragraph.

14. In response to paragraph 14, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing

its denial thereon, deny each and every allegation contained therein.

15. In response to paragraph 15, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

16. In response to paragraph 16, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

17. In response to paragraph 17, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

18. In response to paragraph 18, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

19. In response to paragraph 19, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

20. In response to paragraph 20, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

21. In response to paragraph 21, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

22. In response to paragraph 22, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

23. In response to paragraph 23, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

24. In response to paragraph 24, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

25. In response to paragraph 25, this answering defendant does not have sufficient

**ANSWER TO COMPLAINT**
M:\Parkside Lending 295-0504-01\LITIGATION\Yontes v Parkside - AZ\Pleadings\answer.docx

information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

26. In response to paragraph 26, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

27. In response to paragraph 27, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

28. In response to paragraph 28, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

29. In response to paragraph 29, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

30. In response to paragraph 30, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

31. In response to paragraph 31, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

32. In response to paragraph 32, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

33. In response to paragraph 33, the July 29, 2019 letter speaks for itself.

34. In response to paragraph 34, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

35. In response to paragraph 35, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

36. In response to paragraph 36, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing

**ANSWER TO COMPLAINT**
M:\Parkside Lending 295-0504-01\LITIGATION\Yontes v Parkside - AZ\Pleadings\answer.docx

its denial thereon, deny each and every allegation contained therein.

37. In response to paragraph 37, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

38. In response to paragraph 38, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

39. In response to paragraph 39, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

40. In response to paragraph 40, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

41. In response to paragraph 41, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

42. In response to paragraph 42, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

43. In response to paragraph 43, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

44. In response to paragraph 44, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

45. In response to paragraph 45, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

46. In response to paragraph 46, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

47. In response to paragraph 47, this answering defendant does not have sufficient

information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

48. In response to paragraph 48, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

49. In response to paragraph 49, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

50. In response to paragraph 50, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

51. In response to paragraph 51, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

52. In response to paragraph 52, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

53. In response to paragraph 53, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

54. In response to paragraph 54, this answering defendant denies the allegations in the paragraph.

55. In response to paragraph 55, this answering defendant denies the allegations in the paragraph.

56. In response to paragraph 56, this answering defendant incorporates by reference its response to the previous paragraphs herein.

57. In response to paragraph 57, the FCRA speaks for itself.

58. In response to paragraph 58, the cases cited in this paragraph speaks for themselves.

59. In response to paragraph 59, this answering defendant denies the allegations in the paragraph.

60. In response to paragraph 60, this answering defendant denies the allegations in the

**ANSWER TO COMPLAINT**
M:\Parkside Lending 295-0504-01\LITIGATION\Yontes v Parkside - AZ\Pleadings\answer.docx

paragraph.

61. In response to paragraph 61, this answering defendant denies the allegations in the paragraph.

62. In response to paragraph 62, this answering defendant denies the allegations in the paragraph.

63. In response to paragraph 63, this answering defendant denies the allegations in the paragraph.

64. In response to paragraph 64, this answering defendant incorporates by reference its response to the previous paragraphs herein.

65. In response to paragraph 65, the FCRA speaks for itself.

66. In response to paragraph 66, the FCRA speaks for itself.

67. In response to paragraph 67, the FCRA speaks for itself.

68. In response to paragraph 68, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

69. In response to paragraph 69, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

70. In response to paragraph 70, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

71. In response to paragraph 71, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

72. In response to paragraph 72, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

73. In response to paragraph 73, this answering defendant does not have sufficient information or belief to enable it to admit or deny the allegations of said paragraph and, basing its denial thereon, deny each and every allegation contained therein.

**AFFIRMATIVE DEFENSES**

As separate, affirmative defenses to the complaint, this answering defendant alleges:

**ANSWER TO COMPLAINT**
M:\Parkside Lending 295-0504-01\LITIGATION\Yontes v Parkside - AZ\Pleadings\answer.docx

**First Affirmative Defense**

The complaint fails to state any cause of action against this defendant upon which relief can be granted.

**Second Affirmative Defense**

Plaintiffs' claims against this defendant is barred by the equitable doctrines of estoppel, waiver, laches, ratification, acquiescence, abandonment and unclean hands.

**Third Affirmative Defense**

Plaintiffs' claims against the defendant is barred by virtue of plaintiffs not having suffered any damage from the events complained of, or if it has suffered any damage, such damage is nominal.

**Fourth Affirmative Defense**

Plaintiffs' claims against the defendant is barred by its failure to mitigate their alleged damages.

**Fifth Affirmative Defense**

Each and every cause of action alleged in the complaint is barred in whole or in part because this answering defendant's actions with respect to plaintiffs, if any there were, were performed in good faith.

**Sixth Affirmative Defense**

Plaintiffs' claims against this answering defendant are barred, in whole or in part, because the damages or injury allegedly suffered by plaintiffs would be the proximate result, either in whole or part, of acts or omissions of persons or entities other than Defendant.

**Seventh Affirmative Defense**

Insofar as the plaintiffs seeks to recover punitive or exemplary damages, such recovery is barred because: 1) Plaintiffs have failed to allege facts adequate to support recovery of punitive damages and answering defendant's alleged conduct does not qualify as oppressive, fraudulent or malicious; and 2) the law pursuant to which punitive and exemplary damages would be available is unconstitutionally vague and/or overly broad, thereby violating the United States Constitution, including but not limited to the following provisions: (a) the excessive fines clause in of the U.S. Constitution, Eighth and Fourteenth Amendments; (b) the contract clause of the U.S. Constitution, Article I, Section 10, Clause 1, and the Fourteenth Amendment; (c) the due process and equal protection clauses of the U.S. Constitution.

**Eighth Affirmative Defense**

**ANSWER TO COMPLAINT**
M:\Parkside Lending 295-0504-01\LITIGATION\Yontes v Parkside - AZ\Pleadings\answer.docx

This answering defendant at all times acted in compliance with the FCRA.

**Ninth Affirmative Defense**

This answering defendant lacks knowledge or information sufficient to form a belief as to whether it may have additional, as yet unstated, affirmative defenses available. This answering defendant reserve the right to assert additional defenses in the event that further investigation and discovery indicates that such defenses would be appropriate.

WHEREFORE, this answering defendant prays for judgment as follows:

(1) That plaintiffs take nothing by their complaint;

(2) For costs of suit incurred herein;

(3) For attorneys' fees; and,

(4) For such other and further relief as the court deems just and proper.

Date:   November 1, 2019                     **GOLDMAN PLLC**

　　　　　　　　　　　　　　　　　　　　　　 _/s/ Carolyn Goldman_____
　　　　　　　　　　　　　　　　　　　　　　Carolyn Goldman (016440)
　　　　　　　　　　　　　　　　　　　　　　cgoldman@goldmanpllclaw.com
　　　　　　　　　　　　　　　　　　　　　　Gainey Ranch Financial Center
　　　　　　　　　　　　　　　　　　　　　　7373 E. Doubletree Ranch Road
　　　　　　　　　　　　　　　　　　　　　　Suite 200
　　　　　　　　　　　　　　　　　　　　　　Scottsdale, AZ 85258
　　　　　　　　　　　　　　　　　　　　　　Tel: (602) 315 6526

　　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant Parkside Lending, LLC*